MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Joshua D. Vera (ecf-group-b@sanderslaw.group, ecf@sanderslaw.group, jvera@sanderslaw.group), Craig B. Sanders (csanders@sanderslaw.group, ecf-fl@sanderslaw.group, ecf@sanderslaw.group), Magistrate Judge Thomas G. Wilson (chambers_flmd_wilson@flmd.uscourts.gov, karina_nieves@flmd.uscourts.gov), Judge William F. Jung (chambers_flmd_jung@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<26563400@flmd.uscourts.gov>
Subject:Activity in Case 8:25-cv-02134-WFJ-TGW Bowling v. Benny Media LLC Order
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 12/16/2025 at 2:12 PM EST and filed on 12/16/2025

| | |
|---|---|
| **Case Name:** | Bowling v. Benny Media LLC |
| **Case Number:** | 8:25-cv-02134-WFJ-TGW |
| **Filer:** | |
| **Document Number:** | 17(No document attached) |

**Docket Text:**
**ENDORSED ORDER: Pursuant to Plaintiff's [16] Notice of voluntary dismissal with prejudice, the Clerk is directed to terminate any pending deadlines and to close the case. Signed by Judge William F. Jung on 12/16/2025. (CCB)**

**8:25-cv-02134-WFJ-TGW Notice has been electronically mailed to:**

Craig B. Sanders csanders@sanderslaw.group, ecf@sanderslaw.group, ecf-fl@sanderslaw.group

Joshua D. Vera jvera@sanderslaw.group, ecf@sanderslaw.group, ecf-group-b@sanderslaw.group

**8:25-cv-02134-WFJ-TGW Notice has been delivered by other means to:**